JEANETTE SPRAGUE, Appellant, *v.* KATHERINE L. WALTS, as Executrix of CHARLES H. WALTS, Deceased, Respondent.

*Sprague* v. *Walts*, 151 App. Div. 949, affirmed.
(Argued May 8, 1913; decided May 23, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 8, 1912, affirming a judgment in favor of defendant entered upon the report of a referee in an action for money had and received, being the proceeds from the sale of certain houses belonging to the plaintiff which had been paid to defendant's testator.

*Joseph Nellis* and *W. A. Nims* for appellant.

*Delos M. Cosgrove* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.